IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGEL MANUEL GARCIA, A/K/A ANGEL GARCIA,<br><br>Defendant. | **8:25CR213**<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

This matter is before the Court upon the government's Motion for Preliminary Order of Forfeiture (Filing No. 104). The Court has carefully reviewed the record in this case and finds as follows:

1. On July 9, 2026, defendant Angel Manuel Garcia ("Garcia") pleaded guilty to Count I of the Indictment (Filing No. 21) and agreed to forfeit the assets listed in Attachment A to the Motion for Preliminary Order of Forfeiture (Filing No. 104), excluding those previously administratively forfeited (Filing No. 65). Count I of the Indictment charged Garcia with conspiracy to encourage or induce an alien to enter or reside, in violation of 8 U.S.C. § 1324(a)(1)(A)(v)(I) and (a)(1)(B)(i).

2. The Forfeiture Allegation sought forfeiture, pursuant to 8 U.S.C. § 1324(b); 18 U.S.C. § 982(a)(6); 18 U.S.C. § 982(a)(1); 28 U.S.C. § 2461(c); and 18 U.S.C. § 924(d)(1), of "any vessel, vehicle, or aircraft, used in the commission of the offense of which the defendant(s) are convicted, any property, real or personal, that constitutes or is derived from or is traceable to the gross proceeds obtained directly or indirectly from the commission of the offense of which the defendant(s) are convicted, and any property, real or personal, used to facilitate or intended to be used to facilitate the commission of the offense of which the defendant(s) are convicted" and "any firearm, any firearm silencer,

and any ammunition" of the property listed in Attachment A to the Motion for Preliminary Order of Forfeiture (Filing No. 104).

3. Based upon Garcia's guilty plea and admission, Garcia forfeits his interest in the aforementioned property pursuant to 8 U.S.C. § 1324(b); 18 U.S.C. § 982(a)(6); 18 U.S.C. § 982(a)(1); 28 U.S.C. § 2461(c); and 18 U.S.C. § 924(d)(1).

4. The government's Motion for Preliminary Order of Forfeiture is granted.

IT IS ORDERED:

1. The government's Motion for Preliminary Order of Forfeiture (Filing No. 104) is granted.

2. Based upon the Forfeiture Allegation of the Indictment and Garcia's guilty plea and admission, the government is hereby authorized to seize the property identified in Attachment A to the Motion for Preliminary Order of Forfeiture (Filing No. 104), excluding any property previously administratively forfeited.

3. Garcia's interest in the property is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The property is to be held by the government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the property, in such manner as the Attorney General may direct, and notice that any person, other than Garcia, having or claiming a legal interest in the property, must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the property, shall be signed by the Petitioner under penalty of perjury, and

shall set forth the nature and extent of the Petitioner's right, title, or interest in the property, and any additional facts supporting the Petitioner's claim and the relief sought.

7. The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the property, as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 24th day of November 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge